# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC, et al., | Case No. 2:18-cv-00090-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 5) |
| MYKALAI KONTILAI, et al., | |
| Defendant(s). | |

Defendants improperly filed under seal a motion to seal and exhibits thereto. Docket No. 5. The Court ordered Defendants to file a motion explaining why that filing should remain sealed by January 26, 2018. Docket No. 8. The Court warned that "the Court will unseal that motion and the exhibits thereto" unless such a request was filed by that date. *Id.* at 2. No such request has been filed. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal Docket No. 5 and the exhibits thereto.

IT IS SO ORDERED.

DATED: January 30, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge