UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC, et al., | Case No.: 2:18-cv-00090-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 25] |
| MYKALAI KONTILAI, et al., | |
| Defendant(s). | |

Parties have a "duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Failure to adhere to that duty may result in the imposition of sanctions, including the expenses incurred in effectuating service and attorneys' fees on the motion to collect those service expenses. Fed. R. Civ. P. 4(d)(2).

In this case, counsel have been unable to come to an agreement on an acceptance of service on behalf of Defendant Mykalai Kontilai, prompting the filing of a motion to enlarge the time to effectuate service. Docket No. 25.

The service deadline must be extended for good cause shown. Fed. R. Civ. P. 4(m). Given the circumstances, the motion is **GRANTED** in part and **DENIED** in part. The Court will extend the deadline for service by 7 days to enable further discussions by counsel as to acceptance of service on Defendant Kontilai's behalf. To that end, the deadline to serve Defendant Kontilai is **EXTENDED** to April 24, 2018. The Court declines to extend that deadline further at this time as it appears further discussions may moot the need for service.

In the event service is not accepted, nothing herein prevents Plaintiffs from seeking further relief, including a longer extension.

IT IS SO ORDERED.

Dated: April 18, 2018

_____
Nancy J. Koppe
United States Magistrate Judge