Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com

*Attorneys for Defendant Collectors Coffee, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br>Defendants. | Case No. 2:18-cv-00090-JCM-NJK <br><br>**SUBSTITUTION OF COUNSEL** |

Defendant MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC. dba COLLECTORS CAFÉ ("Defendants"), hereby substitutes ROBERT K. SPARKS of the Law Offices of ROBERT K. SPARKS in place of the law firm of HUTCHISON & STEFFEN, PLLC to represent Defendants in the above-entitled matter.

DATED this 24 of April, 2018.

_____
Mykalai Kontilai on behalf of Defendants Mykalai Kontilai aka Michael Contile and Collectors Coffee, Inc. dba Collectors Café

1     LAW OFFICES OF ROBERT K. SPARKS hereby agrees and consents to substitution in place and stead of the law firm HUTCHISON & STEFFEN, PLLC as attorneys for Defendants in the above-captioned matter.

    DATED April 24, 2018.

LAW OFFICES OF ROBERT K. SPARKS

/s/ Robert K. Sparks

Robert K. Sparks, Esq. (4757)<br>
7424 W. Sahara Ave.<br>
Las Vegas, NV 89117

    I HEREBY CONSENT to the substitution of the Law Offices of ROBERT K. SPARKS as counsel for Defendants in the above-entitled action in the place and stead of HUTCHISON & STEFFEN, PLLC.

    DATED April 25, 2018.

HUTCHISON & STEFFEN, PLLC

/s/ Jeffrey R. Hall

Jeffrey R. Hall, Esq. (9572)<br>
10080 W. Alta Dr., Suite 200<br>
Las Vegas, NV 89145

IT IS SO ORDERED.
Dated: April 26, 2018

_____
United States Magistrate Judge