# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC, et al., | Case No.: 2:18-cv-00090-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 37] |
| MYKALAI KONTILAI, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to compel discovery responses from Defendant Collectors Coffee and for the imposition of sanctions. Docket No. 37. Plaintiffs' motion was filed on June 15, 2018. Any response to that motion was due by June 19, 2018. *See* Docket No. 22. To date, no response has been filed.

The motion to compel is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Defendant Collectors Coffee shall provide responses to each of the discovery requests identified in the motion within 14 days of the issuance of this order. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SIGNIFICANT SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS AND THE INITIATION OF CONTEMPT PROCEEDINGS**. *See, e.g.*, Fed. R. Civ. P. 37(b)(2).

Moreover, the Court finds an award of reasonable costs and attorneys' fees appropriate in the circumstances of this case. *See* Fed. R. Civ. P. 37(a)(5)(A) (reasonable expenses must be awarded absent a showing of substantial justification, unjust circumstances, or the lack of a proper

1

meet-and-confer).  Accordingly, the request for sanctions is hereby **GRANTED**.  The parties are encouraged to confer among themselves on an appropriate amount of expenses to be paid.  To the extent they are unable to do so, Plaintiffs shall file a "Motion to Calculate Expenses" within 14 days of the issuance of this order.

       IT IS SO ORDERED.

       Dated: July 2, 2018

                                                           Nancy J. Koppe
                                                           United States Magistrate Judge