**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
JORDAN BUTLER, ESQ.
Nevada Bar No. 10531
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
JButler@wrslawyers.com

Timothy J. Dennin, Esq. (TJD 5117)
*(Admitted Pro Hac Vice)*
TIMOTHY J. DENNIN, P.C.
316 Main Street
Northport, NY 11768
(631) 261-0250
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC. dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:18-cv-0090-JCM-NJK <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| COLLECTORS COFFEE, INC., dba COLLECTORS COFFEE <br><br> Counterclaimant, <br><br> v. <br><br> BLUE SUNSETS, LLC; EDWARD J. MCLAUGHLIN; JENCESS SOFTWARE & TECHNOLOGIES, INC.; and KIRK JENSEN <br><br> Counterdefendants. | |

/ / /

/ / /

Plaintiffs/Counterdefendants Blue Sunsets, LLC; Edwin J. Mclaughlin (erroneously named as Edward J. Mclaughlin), Jencess Software & Technologies, Inc., and Kirk Jensen; and, Defendants/Counterclaimants Mykalai Kontilai aka Michael Contile, and Collectors Coffee, Inc., dba Collectors Café, by and through their undersigned counsel of record, hereby stipulate, request, and jointly move the Court to dismiss this case with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 18th day of July, 2018                Dated this 18th day of July, 2018

 /s/ Don Springmeyer                              /s/ Theodore Parker
DON SPRINGMEYER, ESQ.                  THEODORE PARKER, III, ESQ.
JORDAN BUTLER, ESQ.                      PARKER NELSON & ASSOCIATES
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

*Attorneys for Plaintiffs/Counterdefendants*          *Attorneys for Defendant/Counterclaimants*

## ORDER

IT IS SO ORDERED.

DATED July 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2018, a true and correct copy of **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP