# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BLUE SUNSET, LLC, et al.,

    Plaintiff(s),

v.

MYKALAI KONTILAI, et al.,

    Defendant(s).

Case No.: 2:18-cv-00090-JCM-NJK

**Order**

[Docket Nos. 58, 60]

Pending before the Court are motions to withdraw as counsel for Defendants filed by attorneys Anthony M. Wright and Theodore Parker, III. Docket Nos. 58, 60. Any response to the motions must be filed by July 25, 2019. The Court hereby **SETS** a hearing on the motions for 9:30 a.m. on August 8, 2019, in Courtroom 3C. Mr. Wright, Mr. Parker, attorney Robert Sparks, any newly retained counsel for Defendants, Mr. Kontilai, and a corporate representative for Defendant Collectors Coffee[1] must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Court reminds the parties that corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

---

[1] To the extent Mr. Kontilai may also act as a corporate representative for Defendant Collectors Coffee, no additional corporate representative need appear.

1

Further, withdrawing counsel shall serve a copy of this order on Defendants, and shall file a proof of service by July 17, 2019.

In addition, the Court notes that Defendants currently have a third attorney of record, Robert Sparks. To the extent Mr. Sparks intends to remain as counsel of record in this case, he must file a notice so indicating by July 19, 2019. To the extent Mr. Sparks does not intend to remain as counsel record in this case, he must file a motion to withdraw by July 19, 2019.

IT IS SO ORDERED.

Dated: July 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge