# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BLUE SUNSET, LLC, et al.,

    Plaintiff(s),

v.

MYKALAI KONTILAI, et al.,

    Defendant(s).

Case No.: 2:18-cv-00090-JCM-NJK

**Order**

[Docket Nos. 58, 60]

Pending before the Court are motions to withdraw as counsel for Defendants filed by attorneys Anthony M. Wright and Theodore Parker, III. Docket Nos. 58, 60. To date, no response has been filed. Moreover, the docket reflects that attorney Robert Sparks continues to represent Defendants.[1] For good cause shown, the motions to withdraw are hereby **GRANTED** and the hearing set on these motions for August 8, 2019, is hereby **VACATED**.[2]

IT IS SO ORDERED.

Dated: August 1, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The Court ordered Mr. Sparks to confirm his continued representation by July 19, 2019. Docket No. 61 at 2. Mr. Sparks violated that order and is **ADMONISHED** for doing so. The Court assumes that Mr. Sparks will continue to represent Defendants as he is identified as counsel of record and has taken no action to withdraw as such.

[2] A hearing was set for the same date and time for a similar motion filed in another case (2:19-cv-718). This order does not vacate that hearing and it will still proceed as scheduled.

1